UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>NILDA RIOS RIVERA<br>XXX-XX-8659<br><br><br>     DEBTOR (S) | CASE NO. 19-04116-MCF<br><br>CHAPTER 13 |

TRUSTEE'S OBJECTION TO CLAIM #04-1
FILED BY (OR ON BEHALF OF):BANCO POPULAR DE PUERTO RICO

TO THE HONORABLE COURT:

   NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

   The Trustee objects to Claim #04-1, filed on August 14, 2019 for the amount of $188,496.68, classified as SECURED on the following grounds:
• Failure to comply with Fed. R. Bankr. P. 3001(c), no written evidence of the claimed debt was filed with the proof of claim.

   WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:
   Disallowing objected Claim.

   NOTICE: Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless:(1) the requested relief is forbidden by law;(2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

   In San Juan, Puerto Rico this Tuesday, September 24, 2019.

                                   /s/ Jose R. Carrion
                                   JOSE R. CARRION
                                   CHAPTER 13 TRUSTEE
                                   PO Box 9023884,Old San Juan Stat.
                                   San Juan, PR 00902-3884
                                   Tel. (787) 977-3535
                                   Fax  (787) 977-3550

ESP

19-04116-MCF
NILDA RIOS RIVERA

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

NILDA RIOS RIVERA
URB PASEOS DEL RIO
269 14 STREET
CAGUAS, PR 00725

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICE DEPT 762
PO BOX 362708
SAN JUAN, PR 00936-2708

ROBERTO FIGUEROA CARRASQUILLO*
PO BOX 186
CAGUAS, PR 00726-0186

BANCO POPULAR DE PUERTO RICO
C/O BERMUDEZ DIAZ & SANCHEZ LLP
OCHOA BUILDING SUITE 200
500 DE LA TANCA STREET
SAN JUAN, PR 00901

In San Juan, Puerto Rico this Tuesday, September 24, 2019.

_____
Chapter 13 Clerk