IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO 19-04116 MCF |
|---|---|
| NILDA RIOS RIVERA | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S REPLY TO *TRUSTEE'S MOTION TO DISMISS*
DOCKET NO. 26**

TO THE HONORABLE COURT:

**COMES NOW, NILDA RIOS RIVERA**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** On November 18, 2020, the Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 26, on the grounds that the Debtor was in arrears in the confirmed Plan payments, in the above captioned case.

**2.** That on December 14, 2020, the Debtor filed a request to convert the above captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code, Docket No. 27, in the present case.

**3.** Based on the aforementioned, the Debtor respectfully requests this Honorable Court that upon conversion to a case under Chapter 7, to deny the Trustee's motion for dismissal, Docket No. 26 since upon conversion to Chapter 7, said motion for dismissal becomes "moot".

**WHEREFORE** the Debtor respectfully prays that based on the above stated grounds, the Trustee's motion for dismissal, Docket No. 26, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee Jose Ramon Carrion Morales, Esq., the US. Trustee's Office and to all CM/ECF participants; and also I certify that I have mailed by

United States Postal Service copy of this motion to the following non-participant: the Debtor, Nilda Rios Rivera, Urb Paseos del Rio 269 14th Street Caguas PR 00725, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 15th day of December, 2020.

/s/***Roberto Figueroa Carrasquillo***
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 787-963-7699
FAX 787-746-5294
EMAIL: rfc@rfigueroalaw.com