IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NILDA RIOS RIVERA

DEBTOR(S)

CASE NUMBER: 19-04116/MCF

CHAPTER 7

### DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "E/F" OFFICIAL FORM 106E/F

**TO THE HONORABLE COURT:**

**COMES NOW, NILDA RIOS RIVERA,** the Debtor through her undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The Debtor hereby amends Schedule "E/F" to previously filed Schedule "E/F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: ***include unsecured claim, account no. x269, from creditor Asociacion Residentes de Paseo del Rio Inc., Paseo del Rio 318, Caguas PR 00725-9786, balance owed $3,288.50; account no. x9073 Autoridad Acueductos y Alcantarillados, PO Box 70101, San Juan PR 00936-8101, balance $1,115.05 and account no. x4013 Autoridad Energia Electrica, PO Box 363508, San Juan PR 00936-3508, balance $1,614.36.***

**WHEREFORE,** the Debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate

Page -2-
Debtors' Motion Concerning Amendment to Schedule "E/F"
Case no. 19-04116/MCF7

response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: Debtor to her address of record; to the creditor affected by the amendment: Asociacion Residentes de Paseo del Rio, Inc., Paseo del Rio 318, Caguas PR 00725-9786; Autoridad Acueductos y Alcantarillados, PO Box 70101, San Juan PR 00936-8101 and Autoridad Energia Electrica, PO Box 363508, San Juan PR 00936-3508; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 15th day of December, 2020.

/s/*Roberto Figueroa Carrasquillo*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfc@rfigueroalaw.com

Fill in this information to identify your case:

Debtor 1: **NILDA RIOS RIVERA**

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): **3:19-bk-4116**

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** Amex/Dsnb | Last 4 digits of account number **6000** | **$4,349.00** |
| Nonpriority Creditor's Name | When was the debt incurred? **2018-10** | |
| PO Box 8218 | | |
| Mason, OH 45040-8218 | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1 **RIOS RIVERA, NILDA**     Case number (if known) **3:19-bk-4116**

---

**4.2** **Asociacion Residentes de Paseo del Rio**
Nonpriority Creditor's Name

Last 4 digits of account number **x269**     **$1,810.40**

When was the debt incurred?

Paseo del Rio 318
Caguas, PR 00725-9786
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3** **Asociacion Residentes de Paseo del Rio**
Nonpriority Creditor's Name

Last 4 digits of account number **269**     **$3,288.50**

When was the debt incurred?

Paseo del Rio 318
Caguas, PR 00725-9786
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4** **Autoridad Acueductos Y Alcantarillados**
Nonpriority Creditor's Name

Last 4 digits of account number **0731**     **$461.50**

When was the debt incurred?

PO Box 5729
Caguas, PR 00726-5729
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **RIOS RIVERA, NILDA**  Case number (if known) **3:19-bk-4116**

| 4.5 | Autoridad Acueductos Y Alcantarillados | Last 4 digits of account number | 9073 | $1,115.05 |

Nonpriority Creditor's Name

PO Box 70101
San Juan, PR 00936-8101
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 | **Autoridad de Energia Electrica** | Last 4 digits of account number | 1000 | $300.00 |

Nonpriority Creditor's Name

PO Box 363508
San Juan, PR 00936-3508
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 | **Autoridad Energia Electrica** | Last 4 digits of account number | 4013 | $1,614.36 |

Nonpriority Creditor's Name

PO Box 363508
San Juan, PR 00936-3508
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  RIOS RIVERA, NILDA                      Case number (if known)  3:19-bk-4116

| 4.8 | Citi | Last 4 digits of account number | 6586 | $4,981.00 |

Nonpriority Creditor's Name

PO Box 6190
Sioux Falls, SD 57117-6190
Number Street City State Zip Code

When was the debt incurred?  2018-11-23

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.9 | DTOP | Last 4 digits of account number | 8659 | $51.75 |

Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Ticket no 29692662

| 4.10 | DTOP | Last 4 digits of account number | 8659 | $53.50 |

Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Ticket no 27597921

Debtor 1 **RIOS RIVERA, NILDA**     Case number (if known) **3:19-bk-4116**

| 4.11 | Hospital Hima - San Pablo | Last 4 digits of account number **8659** | **$500.00** |

Nonpriority Creditor's Name

PO Box 4980
Caguas, PR 00726

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.12 | SBA US Small Business Administration | Last 4 digits of account number **7007** | **$25,000.00** |

Nonpriority Creditor's Name

PO Box 3918
Portland, OR 97208-3918

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.13 | Syncb/Care Credit | Last 4 digits of account number **5507** | **$1,501.00** |

Nonpriority Creditor's Name

When was the debt incurred? **2018-08**

950 Forrer Blvd
Kettering, OH 45420-1469

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1 **RIOS RIVERA, NILDA**     Case number (if known) **3:19-bk-4116**

---

**4.14** **Syncb/Jc Penney Pr**
Nonpriority Creditor's Name

Last 4 digits of account number **9512**     **$406.00**

When was the debt incurred? **2017-06**

**PO Box 965007**
**Orlando, FL 32896-5007**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.15** **Syncb/Sams Club**
Nonpriority Creditor's Name

Last 4 digits of account number **2845**     **$1,346.00**

When was the debt incurred? **2018-11**

**PO Box 965005**
**Orlando, FL 32896-5005**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.16** **Thd/Cbna**
Nonpriority Creditor's Name

Last 4 digits of account number **8145**     **$1,598.00**

When was the debt incurred? **2018-11**

**PO Box 6497**
**Sioux Falls, SD 57117-6497**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1 **RIOS RIVERA, NILDA**     Case number (if known) **3:19-bk-4116**

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total Claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claims from Part 2**

| | | | Total Claim |
|---|---|---|---|
| 6f. | Student loans | 6f. | $ 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 48,376.06 |
| 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 48,376.06 |

**Fill in this information to identify your case:**

Debtor 1: **NILDA RIOS RIVERA**
First Name / Middle Name / Last Name

Debtor 2: 
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): **3:19-bk-4116**

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ NILDA RIOS RIVERA**
**NILDA RIOS RIVERA**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **December 15, 2020**

Date _____

Label Matrix for local noticing
0104-3
Case 19-04116-MCF7
District of Puerto Rico
Old San Juan
Tue Dec 15 11:06:58 AST 2020

Asociacion de Residentes de Paseos Del Rio,
Paseo Del Rio 318
Caguas, PR 00725-9786

BANCO POPULAR DE PUERTO RICO (BDS)
BERMUDEZ, DIAZ & SANCHEZ LLP
PO BOX 362708
SAN JUAN, PR 00936-2708

COOP A/C ORIENTAL
PO BOX 876
HUMACAO, PR 00792-0876

COOP A/C SAN JOSE
JOSE A SANTINI BONILLA ESQ
PO BOX 552
AIBONITO, PR 00705-0552

UNITED STATES TRUSTEE
500 TANCA ST STE 301
SAN JUAN, PR 00901-1922

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Amex/Dsnb
PO Box 8218
Mason, OH 45040-8218

Autoridad Acueductos Y Alcantarillados
PO Box 5729
Caguas, PR 00726-5729

Autoridad de Energia Electrica
PO Box 363508
San Juan, PR 00936-3508

BANCO POPULAR DE PUERTO RICO
BERMUDEZ DIAZ & SANCHEZ LLP
PO BOX 362708
SAN JUAN, PR 00936-2708

Banco Popular de Puerto Rico
Mortgage Servicing Department
PO Box 362708
San Juan, PR 00936-2708

COOPERATIVA A/C SAN JOSE
PO BOX 2020
AIBONITO, PR 00705-2020

Citi
PO Box 6190
Sioux Falls, SD 57117-6190

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Coop De A/C Oriental
PO Box 876
Humacao, PR 00792-0876

DTOP
PO Box 41269 Minillas Station
San Juan, PR 00940-1269

Empresas Berrios Inc
PO Box 674
Cidra, PR 00739-0674

Hospital Hima - San Pablo
PO Box 4980
Caguas, PR 00726-4980

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PREPA - BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN PR 00936-4267

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SBA US Small Business Administration
PO Box 3918
Portland, OR 97208-3918

Syncb/Care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/Jc Penney Pr
PO Box 965007
Orlando, FL 32896-5007

Syncb/Sams Club
PO Box 965005
Orlando, FL 32896-5005

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

JOSE RAMON CARRION MORALES
CHAPTER 13 TRUSTEE
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

```
NILDA RIOS RIVERA              ROBERTO FIGUEROA CARRASQUILLO      WIGBERTO LUGO MENDER
URB PASEOS DEL RIO             PO BOX 186                         LUGO MENDER & CO
269 14TH STREET                CAGUAS, PR 00726-0186              CENTRO INTERNACIONAL DE MERCADEO
CAGUAS, PR 00725                                                  100 CARR 165 SUITE 501
                                                                  GUAYNABO, PR 00968-8052
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Asociacion de Residentes de Paseos del Rio    (d)Coop A/C Oriental              End of Label Matrix
Paseo del Rio 318                                PO Box 876                        Mailable recipients    32
Caguas, PR  00725-9786                           Humacao, PR  00792-0876           Bypassed recipients     2
                                                                                   Total                  34
```