IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NILDA RIOS RIVERA

DEBTOR

CASE NO. 19-04116/MCF

CHAPTER 7

**DEBTOR'S MOTION AND NOTICE OF FILING OF
AMENDED SCHEDULES "A/B" & "C"
OFFICIAL FORMS 106A/B AND 106C**

**TO THE HONORABLE COURT:**

**NOW COMES, NILDA RIOS RIVERA**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedules "A/B" & "C"*, dated January 12, 2021, herewith and attached to this motion.

2. *The Amendments to Schedules "A/B" & "C" are* filed **to include a checking account with Banco Santander account no x6735 and Schedule "C" is filed to claim the appropriate exemption.**

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 12th day of January 2021.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 787-963-7699
FAX 787-746-5294
Email: rfc@rfigueroalaw.com

**Fill in this information to identify your case and this filing:**

Debtor 1: **NILDA RIOS RIVERA**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: **3:19-bk-4116**

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
Street address: **URB PASEOS DEL RIO 269 14 ST**
City: **CAGUAS** State: **PR** ZIP Code: **00725**
County:

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Current value of the entire property? **$122,000.00**
Current value of the portion you own? **$122,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
Debtor owns a residential real property located at the aforestated address; this property consists of: 4 bedrooms, 2 bathrooms, living and dining room, kitchen, family room, balcony and garage/carport.

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................................=> **$122,000.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

Debtor 1  RIOS RIVERA, NILDA   Case number (if known) 3:19-bk-4116

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: Ford
Model: Explorer 4WD
Year: 2000
Approximate mileage: 220000
Other information:
VIN no 1FMZU62E6YUB83377
(Damaged/not in running conditions)

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $837.00
Current value of the portion you own? $837.00

3.2 Make: Ford
Model: Mustang
Year: 2004
Approximate mileage:
Other information:
VIN no 1FAFP44414F130744

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $2,214.00
Current value of the portion you own? $2,214.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=> **$3,051.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? — Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| One (1) washing machine | $100.00 |
| One (1) Dryer | $75.00 |
| One (1) Stove | $100.00 |

7. **Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| One (1) Iphone Cell Phone | $150.00 |

Debtor 1    RIOS RIVERA, NILDA      Case number (if known)   3:19-bk-4116

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

| One (1) LP Bongoes | $100.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| One (1) Taurus Gun | $200.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothing and personal effects | $400.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Jewelry | $50.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| Six (6) Dog Yorkie | $300.00 |

**14.** Any other personal and household items you did not already list, including any health aids you did not list
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................    **$1,475.00**

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.........................................................................................................

Debtor 1    RIOS RIVERA, NILDA                      Case number *(if known)*    **3:19-bk-4116**

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.....................

| | | Institution name: | |
|---|---|---|---:|
| 17.1. | Checking Account | Banco Popular de Puerto Rico<br>Account no x3989 | $276.70 |
| 17.2. | Other Financial Account | Coop A/C Oriental<br>Account no x4414429<br>Shares and deposit | $2,019.31 |
| 17.3. | Checking Account | Banco Santander<br>Account no x 6735<br>Checking account | $183.82 |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes. Give specific information about them....................
            Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
            Issuer name:

**21. Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
            Type of account:              Institution name:

**22. Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................            Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

Debtor 1    RIOS RIVERA, NILDA                Case number *(if known)*    3:19-bk-4116

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:        Beneficiary:        Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ■ Yes. Give specific information..

    > The Debtor has a 1/6th hereditary interest in a real property owned by Sucesion Idalis Rios composed of 6 heirs, the other 50% is owned by the widow (the Debtor's mother); the property is located at Portillo Ward Road 129 Km 1.1 Adjuntas, Puerto Rico; this is a small house structure of 3 small bedrooms and 1 bathroom and kitchen; estimated market value as per sales comparable is $90,000/2/6 = $7,500 (estimated valuie of the Debtor's interest).

           $7,500.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

Debtor 1 **RIOS RIVERA, NILDA**     Case number *(if known)* **3:19-bk-4116**

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................................................................ **$9,979.83**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... **$0.00**

### Part 8: List the Totals of Each Part of this Form

| # | Description | Amount | | Total |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 | | | $122,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $3,051.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $1,475.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $9,979.83 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $14,505.83 | Copy personal property total | $14,505.83 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $136,505.83 |

Fill in this information to identify your case:

Debtor 1: **NILDA RIOS RIVERA**

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:19-bk-4116

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Ford Explorer 4WD 2000 220000<br>Line from Schedule A/B: **3.1** | $837.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Ford Explorer 4WD 2000 220000<br>Line from Schedule A/B: **3.1** | $837.00 | ■ $837.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Ford Mustang 2004<br>Line from Schedule A/B: **3.2** | $2,214.00 | ■ $2,214.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| One (1) washing machine<br>Line from Schedule A/B: **6.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| One (1) Dryer<br>Line from Schedule A/B: **6.2** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

Debtor 1  **RIOS RIVERA, NILDA**  Case number (if known) 3:19-bk-4116

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| **One (1) Stove** Line from Schedule A/B: 6.3 | $100.00 | ■ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **One (1) Iphone Cell Phone** Line from Schedule A/B: 7.1 | $150.00 | ■ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **One (1) LP Bongoes** Line from Schedule A/B: 9.1 | $100.00 | ■ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **One (1) Taurus Gun** Line from Schedule A/B: 10.1 | $200.00 | ■ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Clothing and personal effects** Line from Schedule A/B: 11.1 | $400.00 | ■ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Jewelry** Line from Schedule A/B: 12.1 | $50.00 | ■ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| **Six (6) Dog Yorkie** Line from Schedule A/B: 13.1 | $300.00 | ■ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Banco Popular de Puerto Rico Account no x3989** Line from Schedule A/B: 17.1 | $276.70 | ■ $276.70 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Banco Santander Account no x 6735 Checking account** Line from Schedule A/B: 17.3 | $183.82 | ■ $183.82 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **The Debtor has a 1/6th hereditary interest in a real property owned by Sucesion Idalis Rios composed of 6 heirs, the other 50% is owned by the widow (the Debtor's mother); the property is located at Portillo Ward Road 129 Km 1.1 Adjuntas, Puerto Rico; this** Line from Schedule A/B: 32.1 | $7,500.00 | ■ $7,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

Debtor 1   **RIOS RIVERA, NILDA**      Case number (if known)   **3:19-bk-4116**

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **NILDA** First Name | **RIOS** Middle Name | **RIVERA** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): **3:19-bk-4116**

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules        12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Nilda Rios Rivera_____        X _____
NILDA RIOS RIVERA                              Signature of Debtor 2
Signature of Debtor 1

Date **January 12, 2021**                        Date _____

```
Label Matrix for local noticing          Asociacion de Residentes de Paseos Del Rio,   BANCO POPULAR DE PUERTO RICO (BDS)
0104-3                                   Paseo Del Rio 318                             BERMUDEZ, DIAZ & SANCHEZ LLP
Case 19-04116-MCF7                       Caguas, PR 00725-9786                         PO BOX 362708
District of Puerto Rico                                                                SAN JUAN, PR 00936-2708
Old San Juan
Tue Jan 12 08:04:28 AST 2021

COOP A/C ORIENTAL                        COOP A/C SAN JOSE                             UNITED STATES TRUSTEE
PO BOX 876                               JOSE A SANTINI BONILLA ESQ                    500 TANCA ST STE 301
HUMACAO, PR 00792-0876                   PO BOX 552                                    SAN JUAN, PR 00901-1922
                                         AIBONITO, PR 00705-0552

US Bankruptcy Court District of P.R.     Amex/Dsnb                                     Autoridad Acueductos Y Alcantarillados
Jose V Toledo Fed Bldg & US Courthouse   PO Box 8218                                   PO Box 5729
300 Recinto Sur Street, Room 109         Mason, OH 45040-8218                          Caguas, PR 00726-5729
San Juan, PR 00901-1964

Autoridad de Energia Electrica           BANCO POPULAR DE PUERTO RICO                  Banco Popular de Puerto Rico
PO Box 363508                            BERMUDEZ DIAZ & SANCHEZ LLP                   Mortgage Servicing Department
San Juan, PR 00936-3508                  PO BOX 362708                                 PO Box 362708
                                         SAN JUAN, PR 00936-2708                       San Juan, PR 00936-2708

COOPERATIVA A/C SAN JOSE                 Citi                                          Citibank, N.A.
PO BOX 2020                              PO Box 6190                                   5800 S Corporate Pl
AIBONITO, PR 00705-2020                  Sioux Falls, SD 57117-6190                    Sioux Falls, SD 57108-5027

Coop De A/C Oriental                     DTOP                                          Empresas Berrios Inc
PO Box 876                               PO Box 41269 Minillas Station                 PO Box 674
Humacao, PR 00792-0876                   San Juan, PR 00940-1269                       Cidra, PR 00739-0674

Hospital Hima - San Pablo                LVNV Funding, LLC                             PREPA - BANKRUPTCY OFFICE
PO Box 4980                              Resurgent Capital Services                    PO BOX 364267
Caguas, PR 00726-4980                    PO Box 10587                                  SAN JUAN PR 00936-4267
                                         Greenville, SC 29603-0587

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     SBA US Small Business Administration          Syncb/Care Credit
PO BOX 41067                             PO Box 3918                                   950 Forrer Blvd
NORFOLK VA 23541-1067                    Portland, OR 97208-3918                       Kettering, OH 45420-1469

Syncb/Jc Penney Pr                       Syncb/Sams Club                               Synchrony Bank
PO Box 965007                            PO Box 965005                                 c/o of PRA Receivables Management, LLC
Orlando, FL 32896-5007                   Orlando, FL 32896-5005                        PO Box 41021
                                                                                       Norfolk, VA 23541-1021

Thd/Cbna                                 JOSE RAMON CARRION MORALES                    MONSITA LECAROZ ARRIBAS
PO Box 6497                              CHAPTER 13 TRUSTEE                            OFFICE OF THE US TRUSTEE (UST)
Sioux Falls, SD 57117-6497               PO BOX 9023884                                OCHOA BUILDING
                                         SAN JUAN, PR 00902-3884                       500 TANCA STREET SUITE 301
                                                                                       SAN JUAN, PR 00901
```

```
NILDA RIOS RIVERA                    ROBERTO FIGUEROA CARRASQUILLO       WIGBERTO LUGO MENDER
URB PASEOS DEL RIO                   PO BOX 186                          LUGO MENDER & CO
269 14TH STREET                      CAGUAS, PR 00726-0186               CENTRO INTERNACIONAL DE MERCADEO
CAGUAS, PR 00725                                                         100 CARR 165  SUITE 501
                                                                         GUAYNABO, PR 00968-8052
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Asociacion de Residentes de Paseos del Rio    (d)Coop A/C Oriental              End of Label Matrix
Paseo del Rio 318                                PO Box 876                        Mailable recipients    32
Caguas, PR  00725-9786                           Humacao, PR  00792-0876           Bypassed recipients     2
                                                                                   Total                  34
```